1  Susan J. Field (State Bar No. 086200)
   s.field@mpglaw.com
2  **MUSICK, PEELER & GARRETT LLP**
   One Wilshire Boulevard, Suite 2000
3  Los Angeles, California 90017-3383
4  Telephone: 213-629-7600
   Facsimile: 213-624-1376
5
   Jennifer M. Kokes (State Bar No. 210261
6  j.kokes@mpglaw.com
   **MUSICK, PEELER & GARRETT LLP**
7  650 Town Center Drive, Suite 1200
   Costa Mesa, California 92626-1925
8  Telephone: 714-668-2400
9  Facsimile: 714-668-2490

10 Attorneys for Cross-Defendant CRUM & FORSTER SPECIALTY INSURANCE COMPANY

11

12                    UNITED STATES DISTRICT COURT

13                    SOUTHERN DISTRICT OF NEW YORK

14

15 | LEXINGTON INSURANCE COMPANY,              CASE No. 1:12-CV-03677-SAS
   | NATIONAL UNION FIRE INSURANCE
16 | COMPANY OF PITTSBURGH, PA,                [Hon. Shira A. Scheindlin]
   | AMERICAN INTERNATIONAL
17 | UNDERWRITERS INSURANCE
   | COMPANY AND CHARTIS SPECIALTY
18 | INSURANCE COMPANY,                        [PROPOSED] JUDGMENT

19 |        Plaintiffs,

20 |    vs.

21 | MGA ENTERTAINMENT, INC.,

22 |        Defendant.

23
   | AND RELATED COUNTER-CLAIMS
24

25

26       CRUM & FORSTER SPECIALTY INSURANCE COMPANY ("C&F") having moved

27 for summary judgment, and the matter having come before the Honorable Shira A. Scheindlin,

28 United State District Judge, and the Court, on July 10, 2013, having rendered its Opinion and

858094.1

1 | Order granting C&F's motion for summary judgment, and denying MGA's cross-motion for
2 | partial summary judgment as to C&F, it is,
3 | **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's
4 | Opinion and Order dated July 10, 2013, C&F's motion for summary judgment is granted,
5 | MGA's motion for summary judgment is denied as to C&F, MGA's counterclaims against C&F
6 | are hereby dismissed with prejudice and judgment is hereby entered in favor of C&F.
7 | Dated: August 5, 2013

Hon. Shira A. Scheindlin, U.S.D.J