UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, AMERICAN INTERNATIONAL UNDERWRITERS INSURANCE COMPANY, and CHARTIS SPECIALTY INSURANCE COMPANY (formerly known as American International Specialty Lines Insurance Company),<br><br>            Plaintiffs,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br><br>            Defendant. | Case No. 1:12-cv-03677-SAS<br><br>Hon. Shira A. Scheindlin, U.S.D.J.<br><br>**NOTICE OF MOTION TO DISMISS** |

---

PLEASE TAKE NOTICE that Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") shall move before the Honorable Shira A. Scheindlin, U.S.D.J., in the United States District Court for the Southern District of New York, in Courtroom 15C at 500 Pearl Street, New York, New York, pursuant to Fed. R. Civ. P. 12(b)(6), for an Order dismissing the Second Amended Answer and Counterclaim of Defendant MGA Entertainment, Inc. ("MGA") in its entirety with prejudice.

PLEASE TAKE FURTHER NOTICE that in support of this Motion to Dismiss, National Union will rely upon its Brief in Support of the Motion to Dismiss, and the Declaration of Mark D. Sheridan with Exhibits.

PLEASE TAKE FURTHER NOTICE that this Motion is made pursuant to the briefing schedule ordered by the Court in its Order of June 2, 2014 (Dkt. 166).

- 2 -

                                                    SQUIRE PATTON BOGGS (US) LLP

DATED: June 13, 2014                s/ MARK D. SHERIDAN
                                                      Mark D. Sheridan
                                                        Mark C. Errico
                                                        One Riverfront Plaza, 6th Floor
                                                        Newark, New Jersey 07102
                                                        Telephone: 973-848-5600
                                                        Facsimile: 973-848-5601
                                                        mark.sheridan@squirepb.com
                                                        mark.errico@squirepb.com

                                                        Attorneys for Plaintiffs
                                                        Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., AIU Insurance Company, and Chartis Specialty Insurance Company (formerly known as American International Specialty Lines Insurance Company)

## CERTIFICATE OF SERVICE

I certify that on this 13th day of June, 2014, copies of the Motion to Dismiss, Brief in Support of National Union's Motion to Dismiss, and Declaration of Mark D. Sheridan with Exhibits were filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to:

Richard G. Haddad, Esq.
Erik B. Weinick, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue, 29th Floor
New York, New York 10169
rhaddad@oshr.com
eweinick@oshr.com

Michael J. Bidart, Esq.
Ricardo Echeverria, Esq.
Steven Messner, Esq.
Shernoff Bidart Echeverria Bentley
600 S. Indian Hill Blvd.
Claremont, California 91711
mbidart@shernoff.com
recheverria@shernoff.com
smessner@shernoff.com

Attorneys for Defendant
MGA Entertainment, Inc.

s/ Mark D. Sheridan
MARK D. SHERIDAN