USDC SDNY    Scheindlin, S.
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
LEXINGTON INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, AMERICAN
INTERNATIONAL UNDERWRITERS
INSURANCE COMPANY, and CHARTIS
SPECIALTY INSURANCE COMPANY (formerly
known as American International Specialty Lines
Insurance Company),

              Plaintiffs,

v.

MGA ENTERTAINMENT, INC.,

              Defendant.
------------------------------------------------------------------ X

Case No. 1:12-cv-03677-SAS

Hon. Shira A. Scheindlin, U.S.D.J.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., American International Underwriters Insurance Company, and Chartis Specialty Insurance Company and Defendant MGA Entertainment, Inc., by and through their undersigned counsel, hereby stipulate and agree that this action, including all claims and counterclaims, shall be dismissed with prejudice and that each party will bear their own costs, expenses, and attorneys' fees.

Dated: April 1, 2015

By: s/ Mark D. Sheridan
    Mark D. Sheridan
    Squire Patton Boggs (US) LLP
    One Riverfront Plaza, 6th Floor
    Newark, New Jersey 07102
    Telephone: 973-848-5600
    Facsimile: 973-848-5601
    mark.sheridan@squirepb.com

Attorneys for Plaintiffs

Dated: April 1, 2015

By: s/ Michael J. Bidart
    Michael J. Bidart
    Shernoff Bidart Echeverria Bentley
    600 S. Indian Hill Blvd.
    Claremont, California 91711
    Telephone: 909-621-4935
    Facsimile: 909-625-6915
    mbidart@shernoff.com

Attorneys for Defendant

SO ORDERED:

/s/ Shira A. Scheindlin
U.S.D.J.

4/2/15

4850-7878-7874.1.

## CERTIFICATE OF SERVICE

I certify that on this 1st day of April, 2015, a copy of the above Joint Stipulation of Dismissal with Prejudice was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to:

Richard G. Haddad, Esq.
Erik B. Weinick, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue, 29th Floor
New York, New York 10169
rhaddad@oshr.com
eweinick@oshr.com

Michael J. Bidart, Esq.
Ricardo Echeverria, Esq.
Steven Messner, Esq.
Shernoff Bidart Echeverria Bentley
600 S. Indian Hill Blvd.
Claremont, California 91711
mbidart@shernoff.com
recheverria@shernoff.com
smessner@shernoff.com

Attorneys for Defendant
MGA Entertainment, Inc.

s/ Mark D. Sheridan
MARK D. SHERIDAN